**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JAMIE NADETH SAMNANG,** | * | |
| Plaintiff, | * | |
| v. | * | Civil Case No. SAG-21-01398 |
| **BOUCHARD VENTURES, LLC** | * | |
| Defendant. | * | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 15th day of September, 2021, ORDERED that Defendant BV's Motion to Dismiss, ECF 20, will be GRANTED without prefudice. The Clerk is directed to CLOSE this case.

_____/s/_____
Stephanie A. Gallagher
United States District Judge